

# IN THE
# TENTH COURT OF APPEALS

No. 10-23-00167-CR

**THE STATE OF TEXAS,**

                                                    **Appellant**

 **v.**

**PATRICK JOSEPH CLOSE,**

                                                    **Appellee**

**From the County Court at Law No. 2
Brazos County, Texas
Trial Court No. 22-01961-CRM-CCL2**

## MEMORANDUM OPINION

Appellant, the State of Texas, filed a notice of appeal challenging the trial court's

granting of a motion to suppress in favor of appellee, Patrick Joseph Close. *See* TEX. CODE

CRIM. PROC. ANN. art. 44.01(a)(5). The State has now filed a motion to dismiss, indicating

that it has "come to an agreement [with Close] and disposed of this case."

Texas Rule of Appellate Procedure 42.2(a) provides that an appellate court may dismiss an appeal upon appellant's motion. *See* TEX. R. APP. P. 42.2.(a). We grant the State's motion to dismiss the appeal, and the appeal is dismissed.

STEVE SMITH
Justice

Before Chief Justice Gray,
      Justice Johnson,
      and Justice Smith
Appeal dismissed
Opinion delivered and filed August 2, 2023
Do not publish
[CR25]

